UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61158-CIV-COHN/SELTZER

STEPHEN MCWILLIAMS, individually
and on behalf of a Class of Similarly
Situated Individuals,

    Plaintiff,

v.

BUSINESS TEXTER, INC., d/b/a BIZTEXTER,

    Defendant.

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the Parties' Stipulation of Dismissal [DE 22] ("Stipulation").  The Court has reviewed the Stipulation and the record in this case, and is otherwise advised in the premises.  Accordingly, it is thereupon

**ORDERED AND ADJUDGED** that the Stipulation [DE 22] is **APPROVED**.  Plaintiff Stephen McWilliams's claims in this action against Defendant Business Texter, Inc. are **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees.  The Clerk of Court is directed to **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of October, 2017.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF